**Lithuania Building Loan and Homestead Association et al., Appellees and Cross Appellants, v. Margaret Ewald, Individually and as Administratrix of Estate of John P. Ewald, Deceased, et al., Defendants. Keistuto Loan and Building Association No. 1, Appellant and Cross Appellee. Peter Kasky et al., Cross Appellees.**

Gen. No. 41,539.

opinion filed March 2, 1943. Irene Kuchinskas, for appellant and cross appellee; Earl J. Walker, for appellees and cross appellants; Maurice L. Davis, for cross appellees. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''